Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Counsel for Plaintiff OCTAVIO BECERRA

### SUPERIOR COURT OF THE STATE OF CALIFORNIA
### IN AND FOR THE COUNTY OF MONTEREY
(Unlimited Jurisdiction Division - Demand Exceeds $25,000)

| | |
|---|---|
| OCTAVIO BECERRA, | Civil Action No. 11-04936 EJD |
| Plaintiff. | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| GREEN TREE SERVICING, LLC, ALTERNATIVE RECOVERY MANAGEMENT; SYNERGETIC COMMUNICATIONS, INC. | |
| Defendants. | |

The undersigned hereby agree Plaintiff shall have until December 28, 2011, to file an opposition to the Motion to Dismiss (Doc #24) filed by the undersigned.  Defendant shall have until January 6, 2012 to file a reply.

_____     12/7/11
Ronald Wilcox, Attorney for Plaintiff         Date

Stipulation and [Proposed] Order

1  _[signature]_
   Jonah S. Van Zandt, Severson & Werson
2  Attorney for Defendant Greentree, LLC

   Date 12/7/2011

3
4                    [Proposed] ORDER

5  The Court hereby adopts the stipulation of the parties.

6  Date: December 9, 2011
7  _[signature]_
8  U.S. DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2

Stipulation and [Proposed] Order