Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile: (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Counsel for Plaintiff OCTAVIO BECERRA

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF MONTEREY
(Unlimited Jurisdiction Division - Demand Exceeds $25,000)

| | |
|---|---|
| OCTAVIO BECERRA, <br><br> Plaintiff. <br><br> v. <br><br> GREEN TREE SERVICING, LLC, ALTERNATIVE RECOVERY MANAGEMENT; SYNERGETIC COMMUNICATIONS, INC. <br><br> Defendants. | Civil Action No. 11-04936 EJD <br><br> STIPULATION AND [PROPOSED] ORDER |

The undersigned hereby agree Plaintiff shall have until December 28, 2011, to file an opposition to the Motion to Dismiss (Doc #20) filed by the undersigned. Defendant shall have until January 6, 2012 to file a reply.

_____     12/7/11
Ronald Wilcox, Attorney for Plaintiff          Date

1

Stipulation and [Proposed] Order

1  _____     12/7/2011
   Grant Winter, Ellis Law Group, LLC    ----------
2  Attorney for Defendant Synergetic      Date
   Communications, Inc.
3

4                    [Proposed] ORDER

5  The Court hereby adopts the stipulation of the parties.

6

7  Date: December 9, 2011

8  _____
   U.S. DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25