Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Counsel for Plaintiff OCTAVIO BECERRA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| OCTAVIO BECERRA,<br><br>     Plaintiff.<br><br>     v.<br><br>GREEN TREE SERVICING, LLC, ALTERNATIVE RECOVERY MANAGEMENT; SYNERGETIC COMMUNICATIONS, INC.<br><br>     Defendants. | Civil Action No. 11-04936 EJD<br><br>**STIPULATION TO MEDIATE AND [Proposed] ORDER** |

The parties hereby agree to mediate this matter with the Northern District of California's Alternative Dispute Resolution Unit.

/s/Ronald Wilcox_____         12/8/11
Ronald Wilcox, Attorney for Plaintiff         Date

| | |
|---|---|
| /s/Jonah Van Zandt | 12/8/11 |
| Jonah S. Van Zandt, Severson & Werson | Date |
| Attorney for Defendant Greentree, LLC | |
| | |
| /s/Grant Winter | 12/8/11 |
| Grant Winter, Ellis Law Group, LLC | Date |
| Attorney for Defendant Synergetic Communications, Inc. | |
| | |
| /s/Grace Felipe | 12/8/11 |
| Grace Felipe, for Charles Messer, Carlson & Messer, LLP | Date |
| Attorney for Defendant Alternative Recovery Management, a.k.a Kubler Corp. | |

## [Proposed] ORDER

The Court hereby adopts the stipulation of the parties. The parties are directed to mediation.

Date:  December 9, 2012

_____
U.S. DISTRICT JUDGE

Stipulation to Mediate and [Proposed] Order