Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Counsel for Plaintiff OCTAVIO BECERRA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| OCTAVIO BECERRA, <br><br> Plaintiff. <br><br> v. <br><br> GREEN TREE SERVICING, LLC, ALTERNATIVE RECOVERY MANAGEMENT; SYNERGETIC COMMUNICATIONS, INC. <br><br> Defendants. | Civil Action No. 11-04936 EJD <br><br><br> **STIPULATION TO MEDIATE AND [Proposed] ORDER** |

The parties hereby agree to mediate this matter with the Northern District of California's Alternative Dispute Resolution Unit.

/s/Ronald Wilcox_____                         12/8/11
Ronald Wilcox, Attorney for Plaintiff                               Date

| | |
|---|---|
| /s/Jonah Van Zandt<br>Jonah S. Van Zandt, Severson & Werson<br>Attorney for Defendant Greentree, LLC | 12/8/11<br>Date |
| /s/Grant Winter<br>Grant Winter, Ellis Law Group, LLC<br>Attorney for Defendant Synergetic Communications, Inc. | 12/8/11<br>Date |
| /s/Grace Felipe<br>Grace Felipe, for Charles Messer, Carlson & Messer, LLP<br>Attorney for Defendant Alternative Recovery Management, a.k.a Kubler Corp. | 12/8/11<br>Date |

## [Proposed] ORDER

The Court hereby adopts the stipulation of the parties. The parties are directed to mediation.

Date: December 9, 2012

_____
U.S. DISTRICT JUDGE