Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile: (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Counsel for Plaintiff OCTAVIO BECERRA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OCTAVIO BECERRA, <br><br> Plaintiff. <br><br> v. <br><br> GREEN TREE SERVICING, LLC, ALTERNATIVE RECOVERY MANAGEMENT; SYNERGETIC COMMUNICATIONS, INC. <br><br> Defendants. | Civil Action No. 11-04936 EJD <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE REGARDING MOTION TO DISMISS (Docket #20 & 24) |

The parties hereby agree to continue the briefing schedule on Greentreee and Synergetic's pending Motions to Dismiss (Docket #'s 20 & 24), currently set to be heard February 10, 2010. Thus, the parties request the Court enter an order that Plaintiff shall file an opposition on or before January 11, 2012, and Greentree and Synergetic shall file any reply on or before January 20, 2012.

| | | |
|---|---|---|
| /s/Balám Letona | | December 22, 2011 |
| Balám Letona, Attorney for Plaintiff | | Date |

/s/ Jonah S. Van Zandt          December 22, 2011
Jonah S. Van Zandt, Severson & Werson    Date
Attorney for Defendant Greentree, LLC.

/s/ Grant Winter            December 22, 2011
Grant Winter, Ellis Law Group, LLC.      Date
Attorney for Defendant Synergetic Communications, Inc.

## [PROPOSED] ORDER

The Court hereby adopts the stipulation of the parties.

IT IS SO ORDERED.

Date: December 28, 2011

_____
U.S. DISTRICT JUDGE