Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Counsel for Plaintiff OCTAVIO BECERRA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| OCTAVIO BECERRA,<br><br>Plaintiff.<br><br>    v.<br><br>GREEN TREE SERVICING, LLC,<br>KUBLER CORPORATION, a California Corporation *dba* ALTERNATIVE RECOVERY MANAGEMENT;<br>SYNERGETIC COMMUNICATIONS, INC; and DOES 1 – 10, inclusive,<br><br>Defendants. | Civil Action No. 11-04936 EJD HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE OF FEBRUARY 10, 2012, and [Proposed] ORDER** |

A mediation through the Court's Alternative Dispute Resolution Program has been set for February 21, 2012.  Thus, the parties respectfully request the Court continue the February 10, 2012 Case Management Conference for 30 days. The parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosures by February 24, 2012.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE OF FEBRUARY 10, 2012, and [Proposed] ORDER 11-04936 EJD

Respectfully submitted,

Date: 2/3/12

/s/Ronald Wilcox
Ronald Wilcox, Counsel for plaintiff

/s/Grant Winter
Grant Winter, Ellis Law Firm
Counsel for Defendant, Synergetic Communications

/s/Jonah Van Zandt
Jonah Van Zandt
Severson & Werson
Counsel for Defendant, Green Tree Servicing, LLC

/s/Grace Felipe
Grace Felipe
Carlson & Messer
Counsel for Defendant, Kubler Corp. a.ka. Alternative Recovery Management

# [Proposed] ORDER

The stipulation of the parties is hereby adopted. The February 12, 2012 Case Management Conference is hereby continued to _____.

Date:

**IT IS SO ORDERED.**

_____
**HON. EDWARD J. DAVILA**
**U.S. DISTRICT COURT JUDGE**

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE OF FEBRUARY 10, 2012, and [Proposed] ORDER 11-04936 EJD