**UNITED STATES DISTRICT COURT**

Northern District of California

San Jose Division

| | |
|---|---|
| OCTAVIO BECERRA,<br>    Plaintiff,<br><br>  v.<br><br>GREEN TREE SERVICING, LLC, et al.,<br>    Defendants.<br>_____/ | No. C 11-4936 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      February 21, 2012<br>Mediator: Walter Robinson |

IT IS HEREBY ORDERED that the requests to excuse defendant Synergetic Communications, Inc.'s corporate representative, Michael Orlando, and insurer representative, David Haggarty; defendant Green Tree Servicing LLC's representative, David Schwarz; and defendant Alternative Recovery Management's representative, Paul Kubler, from appearing in person at the February 21, 2012, mediation before Walter Robinson are GRANTED. All of the representatives shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

February 15, 2012                     By:     _[signature]_
Dated                                                   Donna M. Ryu
                                                        United States Magistrate Judge