UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

OCTAVIO BECERRA,
    Plaintiff,

    v.

GREEN TREE SERVICING, LLC, et al.,
    Defendants.

No. C 11-4936 EJD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: February 21, 2012
Mediator: Walter Robinson

IT IS HEREBY ORDERED that the requests to excuse defendant Synergetic Communications, Inc.'s corporate representative, Michael Orlando, and insurer representative, David Haggarty; defendant Green Tree Servicing LLC's representative, David Schwarz; and defendant Alternative Recovery Management's representative, Paul Kubler, from appearing in person at the February 21, 2012, mediation before Walter Robinson are GRANTED. All of the representatives shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

February 15, 2012      By: _____

Dated                                      Donna M. Ryu
                                             United States Magistrate Judge