IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OCTAVIO BECERRA, | CASE NO. 5:11-cv-04936 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| GREEN TREE SERVICING, LLC, et. al., | |
| Defendant(s). | |

Having been informed this action was fully settled at mediation (see Docket Item No. 49), the parties are ordered to appear before the Honorable Edward J. Davila on **April 27, 2012, at 9:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **April 20, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of the settlement as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before April 20, 2012.

All other pretrial deadlines and hearing dates are vacated, including the Case Management Conference scheduled for March 23, 2012. The clerk shall terminate Docket Item Nos. 8, 15, 20 and 24.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: March 20, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-04936 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT