Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff:
Octavio Becerra

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OCTAVIO BECERRA,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>GREEN TREE SERVICING, LLC.<br>KUBLER CORPORATION, a California Corporation *dba* ALTERNATIVE RECOVERY MANAGEMENT;<br>SYNERGETIC COMMUNICATIONS, INC., and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 11-04936 EJD HRL<br><br>**STIPULATION OF DISMISSAL**<br><br>**PURSUANT TO F.R.C.P. 41(a)(1)** |

　　IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.

SO STIPULATED

LAW OFFICE OF BALÁM O. LETONA, INC.

Dated: April 18, 2012                /s/
                                     Balám O. Letona, Esq. (Cal. Bar No. 229642)
                                     Law Office of Balám O. Letona, Inc.
                                     55 River Street, Ste. 220
                                     Santa Cruz, CA  95060
                                     Telephone:  (831) 421-0200
                                     Fax:  (831) 421-0400
                                     E-Mail:  letonalaw@gmail.com
                                     Attorney for Plaintiff

Dated: April 18, 2012                /s/
                                     Grant Winter
                                     ELLIS LAW GROUP, LLP
                                     555 University Avenue, Ste. 200 East
                                     Sacramento, CA 95825
                                     Telephone:  (916) 283-8820
                                     Fax:  (916) 283-8821
                                     E-Mail: GWinter@ellislawgrp.com
                                     *Lead Counsel for Synergetic Communications, Inc.*

Dated: April 18, 2012                /s/
                                     J. Grace Felipe
                                     CARLSON & MESSER LLP
                                     5959 W. Century Boulevard, Suite 1214
                                     Los Angeles, CA 90045
                                     Telephone:  (310) 242-2200
                                     Fax:  (310) 242-2222
                                     *Lead Counsel for Kubler Corporation dba*
                                     *Alternative Recovery Management*

Dated: April 18, 2012                /s/
                                     Jonah S. Van Zandt
                                     SEVERSON & WERSON
                                     One Embarcadero Center, Ste. 2600
                                     San Francisco, CA 94111
                                     Telephone:  (415) 398-3344
                                     Fax:  (415) 956-0439
                                     *Lead Counsel for Green Tree Servicing, LLC.*