Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile: (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff:
Octavio Becerra



4/19/2012

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO BECERRA,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>GREEN TREE SERVICING, LLC. KUBLER CORPORATION, a California Corporation *dba* ALTERNATIVE RECOVERY MANAGEMENT; SYNERGETIC COMMUNICATIONS, INC., and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. 11-04936 EJD HRL<br><br>**STIPULATION OF DISMISSAL**<br><br>**PURSUANT TO F.R.C.P. 41(a)(1)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.  The Clerk shall close this file.

SO STIPULATED

                                    LAW OFFICE OF BALÁM O. LETONA, INC.

Dated: April 18, 2012                 /s/
                                    Balám O. Letona, Esq. (Cal. Bar No. 229642)
                                    Law Office of Balám O. Letona, Inc.
                                    55 River Street, Ste. 220
                                    Santa Cruz, CA  95060
                                    Telephone:  (831) 421-0200
                                    Fax:  (831) 421-0400
                                    E-Mail:  letonalaw@gmail.com
                                    Attorney for Plaintiff

Dated: April 18, 2012                 /s/
                                    Grant Winter
                                    ELLIS LAW GROUP, LLP
                                    555 University Avenue, Ste. 200 East
                                    Sacramento, CA 95825
                                    Telephone:  (916) 283-8820
                                    Fax:  (916) 283-8821
                                    E-Mail: GWinter@ellislawgrp.com
                                    *Lead Counsel for Synergetic Communications, Inc.*

Dated: April 18, 2012                 /s/
                                    J. Grace Felipe
                                    CARLSON & MESSER LLP
                                    5959 W. Century Boulevard, Suite 1214
                                    Los Angeles, CA 90045
                                    Telephone:  (310) 242-2200
                                    Fax:  (310) 242-2222
                                    *Lead Counsel for Kubler Corporation dba*
                                    *Alternative Recovery Management*

Dated: April 18, 2012                 /s/
                                    Jonah S. Van Zandt
                                    SEVERSON & WERSON
                                    One Embarcadero Center, Ste. 2600
                                    San Francisco, CA 94111
                                    Telephone: (415) 398-3344
                                    Fax:  (415) 956-0439
                                    *Lead Counsel for Green Tree Servicing, LLC.*